IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-11380

Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAY ANTHONY THOMAS

Defendant-Appellant.

Appeal from the United States District Court
For the Northern District of Texas
(4:00-CR-104-1-Y)

September 24, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Thomas pled guilty to being a felon in possession of a firearm, and now appeals the denial of his motion to suppress the fruits of an inventory search of his vehicle. We review the district court's factual findings for clear error, and its legal conclusions *de novo*.[1] Thomas' allegations do not establish that the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *United States v. Jacquinot*, 258 F.3d 423, 427 (5th Cir. 2001).

officer's inventory search was merely a ruse for a general rummaging in order to discover incriminating evidence.[2] AFFIRMED.

---

[2] *United States v. Bullock*, 71 F.3d 171, 177 (5th Cir. 1995).